IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TOMMIE NATHANIEL WHITE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. 08-00303-CG-B |
| | ) | CRIM. ACTION NO. 06-00086-CG-B |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter is before the court on the Report and Recommendation of the Magistrate Judge that petitioner's motion to amend his petition be denied. (Doc. 106). Petitioner filed an objection to the Report and Recommendation, but failed to address the Magistrate Judge's finding that the proposed amendment to his petition would be futile and subject to dismissal. He argued, instead, that his amended petition was timely filed. (Doc. 107).

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and having considered the objection de novo, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED.**

It is **ORDERED** that Petitioner's Motion to Amend/Correct his § 2255 Petition is denied.

**DONE and ORDERED** this 24th day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE