IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMIE NATHANIEL WHITE, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. 08-00303-CG-B |
| | ) CRIM. ACTION NO. 06-00086-CG-B |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, be, and the same hereby is, **DENIED**. Petitioner is not entitled to a certificate of appealability, nor to appeal in forma pauperis.

**DONE and ORDERED** this 24th day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE