AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America  v.  **TOMMY NATHANIEL WHITE** | Case No: 06-00086-001  USM No: 06777-003 |
| Date of Original Judgment: March 19, 2007  Date of Previous Amended Judgment: January 20, 2012  *(Use Date of Last Amended Judgment if Any)* | Pro Se  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The Court finds that the defendant is not eligible for a reduction. After recalculation of the applicable guideline calculations, the defendant's total offense level would become 37, with a criminal history category of VI, yielding a guideline range of 360 to life. On January 20, 2012, the defendant received a sentence reduction pursuant to the 2010 Fair Sentencing Act, in which his guideline range was recalculated and he received a sentence of 360 months. Therefore, White would not benefit from any additional guideline recalculation.

Except as otherwise provided, all provisions of the judgment dated January 20, 2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: August 24, 2016

Callie V. S. Granade
Senior U.S. District Judge

*Digitally signed by Callie V. S. Granade Senior U.S. District Judge*
*DN: cn=Callie V. S. Granade Senior U.S. District Judge, o=Federal Judiciary, ou=U.S. Government, email=efile_granade@alsd.uscourts.gov, c=US*
*Date: 2016.08.24 15:33:05 -05'00'*

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Callie V. S. Granade, Senior U.S. District Judge
*Printed name and title*