# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TOMMIE NATHANIEL WHITE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | **CIVIL ACTION NO. 08-303-CG** |
| vs. ) | **CRIM. NO. 06-00086-CG-MU** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

This action is before the Court on the Report and Recommendation entered on February 28, 2024, wherein the Magistrate Judge recommended that Petitioner Tommie Nathaniel White's motion to vacate pursuant to 28 U.S.C. § 2255 be dismissed without prejudice for failure to comply with 28 U.S.C. § 2244(b)(3)(A) and § 2255(h). (Doc. 152).

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, White's motion to vacate is **DISMISSED without prejudice**. White is not entitled to a *certificate of appealability* and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this 18th day of April, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE