IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMIE NATHANIEL WHITE,        ) | |
| ) | |
| Petitioner,        ) | |
| ) | CIVIL ACTION NO. 08-303-CG |
| vs.        ) | CRIM. NO. 06-00086-CG-MU |
| ) | |
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Respondent.        ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner Tommie Nathaniel White's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 151) is summarily **DISMISSED without prejudice** due to White's failure to comply with 28 U.S.C. §§2244(b)(3)(A) and 2255(h).

Petitioner is not entitled to a *certificate of appealability* and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this 18th day of April, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE